AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

EASTERN _____ DISTRICT OF _____ VIRGINIA
Norfolk Division

UNITED STATES OF AMERICA
V.

ANGEL VENTURA, et al.

SEALED
**WARRANT FOR ARREST**

CASE NUMBER: 2:97cr166

Mg. 2011-39

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest HUGO HARRIGAN, aka "Hugh Neal Harrigan", "Hugo Victor Harrigan", "Dennis Stanley Williams", "Mahel" and "Al"

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

Count 1:
T.21 USC 963 - Conspiracy to import a mixture or substance containing cocaine and a mixture or substance containing cocaine base, commonly known as crack cocaine; Sch. II (re: T.21 USC 952(a) and 960), et al.

in violation of Title __see above__ United States Code, Section(s) _____

Norman H. Meyer, Jr.
Name of Issuing Officer

Clerk
Title of Issuing Officer

Signature of Issuing Officer / Deputy Clerk

November 21, 1997; Norfolk, VA
Date and Location

NO BOND RECOMMENDED BY GOVT.
TO MOVE FOR DETENTION

Bail fixed at $ _____ by Tommy E. Miller, U.S. Magistrate Judge
Name of Judicial Officer

Laura P. Tayman, AUSA; (757) 441-6331

**INFORMATION COPY ONLY**
**NOTICE: BEFORE ARREST, VALIDATE THROUGH NCIC. ORIGINAL HELD BY U.S. MARSHAL.**

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |